# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                                §
                                      §
MUSCARELLA, FRED PAUL                 §     Case No. 10-23133
MUSCARELLA, COLLEEN MAUREEN           §
                                      §
              Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
    . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                    $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.   Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.   The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/JOSEPH E. COHEN_____
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-23133   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | MUSCARELLA, FRED PAUL | Date Filed (f) or Converted (c): | 05/21/10 (f) |
| | MUSCARELLA, COLLEEN MAUREEN | 341(a) Meeting Date: | 07/09/10 |
| For Period Ending: | 02/11/14 | Claims Bar Date: | 04/18/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Home 6 Grenadier Court Lincolnshire Il 60069 Value | 389,700.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 30.00 | 0.00 | | 0.00 | FA |
| 3. Business Account National City Bank Account held j | 0.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account National City Bank | 340.00 | 0.00 | | 0.00 | FA |
| 5. Savings Account National City Bank Joint account w | 34.00 | 0.00 | | 0.00 | FA |
| 6. Joint checking with mother National City Debtor ha | 2,100.00 | 0.00 | | 0.00 | FA |
| 7. Joint checking account with son Bank of America Jo | 0.00 | 0.00 | | 0.00 | FA |
| 8. Furniture Home | 1,500.00 | 0.00 | | 0.00 | FA |
| 9. Clothing Home | 500.00 | 0.00 | | 0.00 | FA |
| 10. Wedding rings | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. Husband's Life Insurance Policy AXA | 0.00 | 0.00 | | 0.00 | FA |
| 12. Wife's Term Life Insurance Policy AARP | 0.00 | 0.00 | | 0.00 | FA |
| 13. Husband's Life Insurance Policy AIG | 0.00 | 0.00 | | 0.00 | FA |
| 14. Brokerage Account Saxony Securities | 283.72 | 0.00 | | 0.00 | FA |
| 15. Claire Construction Co. - Sole proprietorship | 0.00 | Unknown | | 0.00 | Unknown |
| 16. Mechanics Lien lawsuit against David & Dana Sackar | 160,000.00 | 0.00 | | 6,000.00 | FA |
| 17. 2005 Honda CR-V (49,300 miles) Home | 11,100.00 | 0.00 | | 0.00 | FA |
| 18. 2000 Voyager (90,000 miles) Chicago Vehicle is cur | 1,200.00 | 0.00 | | 0.00 | FA |
| 19. Office Equipment Home | 500.00 | 0.00 | | 0.00 | FA |
| 20. Dogs Home | 0.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $568,287.72 | $0.00 | | $6,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Case 10-23133   Doc 69   Filed 02/26/14   Entered 02/26/14 09:05:39   Desc Main
Document      Page 4 of 11

FORM 1

Page: 2

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 10-23133   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MUSCARELLA, FRED PAUL | Date Filed (f) or Converted (c): | 05/21/10 (f) |
| | MUSCARELLA, COLLEEN MAUREEN | 341(a) Meeting Date: | 07/09/10 |
| | | Claims Bar Date: | 04/18/13 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS REQUESTED DOCUMENTS ON MECHANIC LIEN ACTION.  LITIGATION IS PENDING TO DETERMINE IF ABANDONMENT ORDER SHOULD

BE VACATED.  PARTIES NEGOTIATING ON ABANDONMENT ISSUES.  TRUSTEE HAS ENTERED INTO SETTLEMENT AGREEMENT AND SET A CLAIMS

BAR DATE.  TRUSTEE HAS REVIEWED THE PROOFS OF CLAIM AND PREPARING HIS FINAL REPORT - January 15, 2014.

Initial Projected Date of Final Report (TFR): 06/30/12          Current Projected Date of Final Report (TFR): 02/28/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-23133 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | MUSCARELLA, FRED PAUL | | Bank Name: | ASSOCIATED BANK |
| | MUSCARELLA, COLLEEN MAUREEN | | Account Number / CD #: | *******2325 Checking Account |
| Taxpayer ID No: | *******6262 | | | |
| For Period Ending: | 02/25/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/19/12 | 16 | David 7 Dana Sackar | Settlement of Lawsuit | 1129-000 | 6,000.00 | | 6,000.00 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.60 | 5,998.40 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,988.40 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 6.30 | 5,982.10 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,972.10 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,962.10 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,952.10 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,942.10 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,932.10 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,922.10 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,912.10 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,902.10 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,892.10 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,882.10 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,872.10 |
| * 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | 10.00 | | 5,882.10 |
| * 02/25/14 | | Reverses Adjustment IN on 02/07/14 | BANK SERVICE FEE | 2600-003 | -10.00 | | 5,872.10 |
| 02/25/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,862.10 |

Page Subtotals  6,000.00  137.90

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 10-23133 -ABG |
| Case Name: | MUSCARELLA, FRED PAUL |
| | MUSCARELLA, COLLEEN MAUREEN |
| Taxpayer ID No: | *******6262 |
| For Period Ending: | 02/25/14 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2325 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 6,000.00 | 137.90 | 5,862.10 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 6,000.00 | 137.90 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 6,000.00 | 137.90 | |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | Checking Account - *******2325 | | 6,000.00 | 137.90 | 5,862.10 |
| | | | | | ------------------------ | ------------------------ | ------------------------ |
| | | | | | 6,000.00 | 137.90 | 5,862.10 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 25, 2014 |
|---|---|---|---|---|---|---|

Case Number: 10-23133  
Debtor Name: MUSCARELLA, FRED PAUL  
Claimant's Name Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000005<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $1,902.75 | $1,902.75 |
| 000004<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $3,793.58 | $3,793.58 |
| 000003<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $5,378.48 | $5,378.48 |
| 000002<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $2,142.56 | $2,142.56 |
| 000007<br>070<br>7100-00 | Cavalry SPV I LLC<br>Cavalry Portfolio Services, LLC<br>500 Summit Lake Drive Suite 400<br>Valhalla, NY 10595-1340 | Unsecured | | $0.00 | $11,795.12 | $11,795.12 |
| 000006<br>070<br>7100-00 | Certified Services Inc<br>David J. Axelrod & Associates<br>1448 Old Skokie Road<br>Highland Park, IL 60035 | Unsecured | | $0.00 | $4,060.00 | $4,060.00 |
| 000001B<br>050<br>5800-00 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Priority | | $0.00 | $6,151.45 | $6,151.45 |
| 000001A<br>040<br>4300-00 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Secured | | $0.00 | $7,487.72 | $7,487.72 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $6.30 | $6.30 |
| 000008<br>070<br>7100-00 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | Unsecured | | $0.00 | $8,860.00 | $8,860.00 |
| | Case Totals: | | | $0.00 | $51,577.96 | $51,577.96 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-23133
Case Name: MUSCARELLA, FRED PAUL
  MUSCARELLA, COLLEEN MAUREEN
Trustee Name: JOSEPH E. COHEN

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001A | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101 | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101 | $ | $ | $ |

Total to be paid to priority creditors                                  $_____

Remaining Balance                                                          $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | $ | $ | $ |
| 000003 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | $ | $ | $ |
| 000005 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | $ | $ | $ |
| 000006 | Certified Services Inc David J. Axelrod & Associates 1448 Old Skokie Road Highland Park, IL 60035 | $ | $ | $ |
| 000007 | Cavalry SPV I LLC Cavalry Portfolio Services, LLC 500 Summit Lake Drive Suite 400 Valhalla, NY 10595-1340 | $ | $ | $ |
| 000008 | US BANK N.A. BANKRUPTCY DEPARTMENT P.O. BOX 5229 CINCINNATI, OH 45201-5229 | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE