**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MUSCARELLA, FRED PAUL | § | Case No. 10-23133 |
| MUSCARELLA, COLLEEN MAUREEN | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF BANKRUPTCY COURT
219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 04/04/2014 in Courtroom ,

North Branch Court
1792 Nicole Lane
Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: _____
                                      Clerk, U.S. Bankruptcy Court


JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MUSCARELLA, FRED PAUL § Case No. 10-23133
MUSCARELLA, COLLEEN MAUREEN §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,000.00 |
| and approved disbursements of | $ | 137.90 |
| leaving a balance on hand of[1] | $ | 5,862.10 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001A | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101 | $ 7,487.72 | $ 7,487.72 | $ 0.00 | $ 4,273.42 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 4,273.42 |
| Remaining Balance | $ | 1,588.68 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 1,350.00 | $ 0.00 | $ 1,350.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 238.68 | $ 0.00 | $ 238.68 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: INTERNATIONAL SURETIES, LTD. | $ 6.30 | $ 6.30 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,588.68 |
| Remaining Balance | | | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 6,151.45 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | $ 6,151.45 | $ 0.00 | $ 0.00 |
| Total to be paid to priority creditors | | | | $ 0.00 |
| Remaining Balance | | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 37,932.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 2,142.56 | $ 0.00 | $ 0.00 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | $ 5,378.48 | $ 0.00 | $ 0.00 |
| 000004 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | $ 3,793.58 | $ 0.00 | $ 0.00 |
| 000005 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | $ 1,902.75 | $ 0.00 | $ 0.00 |
| 000006 | Certified Services Inc David J. Axelrod & Associates 1448 Old Skokie Road Highland Park, IL 60035 | $ 4,060.00 | $ 0.00 | $ 0.00 |
| 000007 | Cavalry SPV I LLC Cavalry Portfolio Services, LLC 500 Summit Lake Drive Suite 400 Valhalla, NY 10595-1340 | $ 11,795.12 | $ 0.00 | $ 0.00 |
| 000008 | US BANK N.A. BANKRUPTCY DEPARTMENT P.O. BOX 5229 CINCINNATI, OH 45201-5229 | $ 8,860.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 0.00

Remaining Balance $ 0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
            TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-23133-ABG
Fred Paul Muscarella                                                    Chapter 7
Colleen Maureen Muscarella
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: gbeemster              Page 1 of 3             Date Rcvd: Mar 03, 2014
                              Form ID: pdf006              Total Noticed: 80

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2014.
```
db          #+Fred Paul Muscarella,    6 Grenadier Court,    Lincolnshire, IL 60069-3343
jdb         #+Colleen Maureen Muscarella,    6 Grenadier Court,    Lincolnshire, IL 60069-3343
15607496      Academy Collection Service Inc.,    10965 Decatur Rd.,    Philadelphia, PA 19154-3210
15607497     +Adult & Pediatric Orthopedics, Sc,    555 Corporate Woods Parkway,    Vernon Hills, IL 60061-3111
15607498     +Advanced Radiology Professionals,    520 E. 22nd St.,    Lombard, IL 60148-6110
15607499     +Advocate Condell Medical Center,    97169 Eagle Way,    Chicago, IL 60678-0001
15607502      Andrew Ivanchenko Md,    309 East Dundee,    Wheeling, IL 60090
15607504     +Bureau of Collection Recovery, Inc.,    7575 Corporate Way,    Eden Prairie, MN 55344-2000
15607505     +Business Office Solutions, Inc.,    P.O. Box 446,    Oak Lawn, IL 60454-0446
15607594    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court:  Washington Mutual Card Services,    Po Box 660433,
               Dallas, TX 75266-0433)
15607506     +Capital One,    P.O. Box 6492,    Carol Stream, IL 60197-6492
19993444      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
15607521     +Certified Services Inc,    David J. Axelrod & Associates,    1448 Old Skokie Road,
               Highland Park, IL 60035-3040
15607513      Chase Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
15607514     +Chase Cardmember Services,    P.O. Box 15153,    Wilmington, IL 19886-5153
15607515     +Chest Medicine Consultants,    2800 Sheridan Suite 301,    Chicago, IL 60657-6158
15924792     +City of Chicago,    Department of Revenue,    Bureau of Parking Bankruptcy,
               121 N LaSalle St Room 107A,    Chicago IL 60602-1232
15607516     +Community Home Supply,    3924 N Lincoln Ave.,    Chicago, IL 60613-2418
15607517     +Consolidated  Pathology,    Po Box 1385,    Saginaw, MI 48605-1385
15607522    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court:  Dell Financial Services,    Dfs Acceptance Po Box 5292,
               Carol Stream, IL 60197)
15607520      David and Dana Sackar,    3524 N. Oakley Ave.,    Chicago, IL  60618-6024
15607526      ER Solutions, Inc.,    P.O. Box 9004,    Renton, WA 98057-9004
15607525     +Enh,    9730 Eagle Way,    Chicago, IL 60678-1097
15607524     +Enh,    23056 Network Place,    Chicago, IL 60673-1230
15607527      Evanston N.W. Healthcare,    9730 Eagle Way,    Chicago, IL 60678-1097
15607529     +GC Services Limited Partnership,    6330 Gulfton,    Houston, TX 77081-1198
15607530     +Global Credit Collection Corp.,    P.O. Box 101928,    Birmingham, AL 35210-6928
15607531      Grove Internal Medicine P.C.,    4160 RFD Ste. 304,    Long Grove, IL 60047-9586
15607533     +Gurnee Radiology,    25 Tower Court Suite A,    Gurnee, IL 60031-3318
15607539      HSBC Card Services,    P.O. Box 17051,    Baltimore, MD 21297-1051
15607538     +Heavner, Scott, Beyers & Mihlar LLC,    P.O. Box 740,    Decatur, IL 62525-0740
15607540      Il Bone and Joint Institute,    5057 Paysphere Circle,    Chicago, IL 60674-0050
15607541     +Il. Bone & Joint,    5057 Paysphere Circle,    Chicago, IL 60674-0050
15607543      Illinois Collection Service Inc.,    P.O. Box 1010,    Tinley Park, IL 60477-9110
15607545     +J.C. Licht/Epco,    24196 Network Place,    Chicago, IL 60673-1241
15607550     +Kohls,    865 Merrick Ave.,    Westbury, NY 11590-6694
15607551     +Lake County Acute Care LLP,    75 Remit Dr. #1218,    Chicago, IL 60675-0001
15607552     +Lake County Acute Care LLP,    75 Remit Dr. #1218,    Chicago, IN 60675-0001
15607553     +Lake County Radiology Assoc.,    36104 Treasury Center,    Chicago, IL 60694-6100
15607557      Midwest Orthopaedics at Rush LLC,    Patient Payments Department 4553,
               Carol Stream, IL 60122-4553
15607558     +Mobile Anesthesiologists,    8420 Bryn Mawr Ave. Ste. 300,    Chicago, IL 60631-3436
15607561     +NCB Management Services Inc.,    P.O. Box 1099,    Langhorne, PA 19047-6099
15607559     +National City,    Po Box 856176,    Louisville, KY 40285-6176
15607563     +North Shore Radiological Services, S.C.,    9410 Compubill Drive,    Orland Park, IL 60462-2627
15607564     +North Shore University Health System,    23056 Network Place,    Chicago, IL 60673-1230
15607569     +North Shore University Health System,    9532 Eagle Way,    Chicago, IL 60678-1095
15607568     +North Shore University Health System,    34618 Eagle Way,    Chicago, IL 60678-1346
15607571     +North Shore University Health Systems,    23056 Network Place,    Chicago, IL 60673-1230
15607570      North Shore University Health Systems,    23056 Network Place,    Chicago, IL 60069
15607572     +North Suburban Center Oral & Facial Surg,    1240 Meadow Road Suite 300,
               Northbrook, IL 60062-3679
15607573      Northshore University Health System,    23056 Network Place,    Chicago, IL 60673-1230
15607574     +Northshore University Healthsystem,    23056 Network Place,    Chicago, IL 60673-1230
15607575     +Northshore University Healthsystem,    9532 Eagle Way,    Chicago, IL 60678-1095
15607577     +Optimal Sports & Rehab,    101 Schelter Road Suite B101,    Lincolnshire, IL 60069-3632
15607578     +Pinnacle Management Services,    514 Market Loop  Suite 103,    West Dundee, IL 60118-2181
15607581     +Quest Diagnostics,    P.O. Box 64804,    Baltimore, MD 21264-4804
15607583     +Radiation Medicine Institute,    9818 Eagle Way,    Chicago, IL 60678-1098
15607584     +Receivables Management, Inc.,    3240 Christy Way Ste. 3,    Saginaw, MI 48603-2215
15607585     +Rush North Shore,    9600 Gross Point Rd,    Skokie, IL 60076-1214
15607586     +Rush University Medical,    1700 West Van Buren St.,    Chicago, IL 60612-3228
15607589      U.S. Bank,    P.O. Box 5227,    Cincinnati, OH 45202-5227
15607592     +URO Partners,    dba North Urology,    9669 N. Kenton Ste. 608,    Skokie, IL 60076-1248
```

```
District/off: 0752-1          User: gbeemster           Page 2 of 3             Date Rcvd: Mar 03, 2014
                              Form ID: pdf006           Total Noticed: 80


20213863     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: US BANK N.A.,   BANKRUPTCY DEPARTMENT,   P.O. BOX 5229,
                CINCINNATI, OH 45201-5229)
15607590      Universal Fidelity LP,   P.O. Box 941911,   Houston, TX 77094-8911
15607591     +University Head And Neck Assoc.,   4647 W. Lincoln Highway,   Matteson, IL 60443-2319
15607593     +Van Ru Credit Corporation,   1350 E. Touhy Ave. Ste. 100E,   Des Plaines, IL 60018-3337
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15607501      E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 04 2014 01:45:36     American Honda Finance Corp,
               P.O. Box 60001,   City Of Industry, CA 91716-0001
15607503     +E-mail/Text: RBALTAZAR@ARMORSYS.COM Mar 04 2014 01:53:19     Armor Systems Corporation,
               1700 Kiefer Drive Ste. 1,   Zion, IL 60099-5105
15607510      E-mail/Text: bankruptcy@cavps.com Mar 04 2014 01:46:04     Cavalry Portfolio Services, LLC,
               P.O. Box 1017,   Hawthorne, NY 10532
20175387     +E-mail/Text: bankruptcy@cavps.com Mar 04 2014 01:46:04     Cavalry SPV I LLC,
               Cavalry Portfolio Services, LLC,   500 Summit Lake Drive Suite 400,   Valhalla, NY 10595-2322
15607511     +E-mail/Text: contact@csicollects.com Mar 04 2014 01:53:23     Certified Services Inc.,
               P.O. Box 177,   Waukegan, IL 60079-0177
15607512      E-mail/Text: bk.notifications@jpmchase.com Mar 04 2014 01:44:47     Chase Auto Finance,
               National Recovery Group,   P.O. Box 29505,   Phoenix, AZ 85038-9505
15607519     +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 04 2014 01:53:19
               Credit Collection Services,   Two Wells Ave. Dept. 587,   Newton, MA 02459-3208
15607528     +E-mail/Text: j.klein@everprof.com Mar 04 2014 01:45:16     Evergreen Professional Recoveries,
               12100 NE 195th St. #325,   Bothell, WA 98011-5768
15607537     +E-mail/Text: bkynotice@harvardcollect.com Mar 04 2014 01:53:24
               Harvard Collection Services Inc.,   4839 N Elston Ave.,   Chicago, Il 60630-2589
15607544     +E-mail/Text: cio.bncmail@irs.gov Mar 04 2014 01:44:25     Internal Revenue Service,   PO Box 7346,
               Philadelphia, PA 19101-7346
15607549      E-mail/Text: bnckohlsnotices@becket-lee.com Mar 04 2014 01:44:21     Kohl’s Payment Center,
               P.O. Box 2983,   Milwaukee, WI 53201-2983
15607555     +E-mail/Text: bankruptcy@leadingedgerecovery.com Mar 04 2014 01:45:27
               Leading Edge Recovery Solutions, LLC,   5440 N. Cumberland Ave. Ste. 300,
               Chicago, IL 60656-1486
15607556      E-mail/Text: bankruptcydpt@mcmcg.com Mar 04 2014 01:45:15     Midland Credit Management,
               P.O. Box 60578,   Los Angeles, CA 90060-0578
15607562     +E-mail/Text: bankruptcydepartment@ncogroup.com Mar 04 2014 01:45:42
               NCO Financial Systems, Inc.,   4740 Baxter Rd.,   Virginia Beach, VA 23462-4484
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15607500*     Advocate Condell Medical Center,   97169 Eagle Way,   Chicago, IL 60678-9710
15607507*    +Capital One,   P.O. Box 6492,   Carol Stream, IL 60197-6492
15607509*     Capital One,   P.O. Box 6492,   Carol Stream, IL 60197-6492
15607508*    +Capital One,   Po Box 6492,   Carol Stream, IL 60197-6492
15607518*    +Consolidated Pathology,   Po Box 1385,   Saginaw, MI 48605-1385
15607532*     Grove Internal Medicine, P.C.,   4160 RFD Ste. 304,   Long Grove, IL 60047-9586
15607534*    +Gurnee Radiology,   25 Tower Court Suite A,   Gurnee, IL 60031-3318
15607535*    +Gurnee Radiology,   25 Tower Court Suite A,   Gurnee, IL 60031-3318
15607536*    +Gurnee Radiology,   25 Tower Court Suite A,   Gurnee, IL 60031-3318
15607542*    +Il. Bone And Joint,   5057 Paysphere Circle,   Chicago, IL 60674-0050
15607547*     JP Morgan Chase,   P.O. Box 9001123,   Louisville, KY 40290-1123
15607554*    +Lake County Radiology Assoc.,   36104 Treasury Center,   Chicago, IL 60694-6100
15607560*     National City,   P.O. Box 856176,   Louisville, KY 40285-6176
15607565*    +North Shore University Health System,   23056 Network Place,   Chicago, IL 60673-1230
15607566*    +North Shore University Health System,   23056 Network Place,   Chicago, IL 60673-1230
15607567*    +North Shore University Health System,   23056 Network Place,   Chicago, IL 60673-1230
15607576*    +Northshore University Healthsystem,   9532 Eagle Way,   Chicago, IL 60678-1095
15607579*    +Pinnacle Management Services,   514 Market Loop Suite 103,   West Dundee, IL 60118-2181
15607580*    +Pinnacle Management Services,   514 Market Loop Suite 103,   West Dundee, IL 60118-2181
15607582*    +Quest Diagnostics,   P.O.Box 64804,   Baltimore, MD 21264-4804
15607587*    +The Radiation Medicine Institute,   9818 Eagle Way,   Chicago, IL 60678-1098
15607523     ##Dept. Of Education,   Po Box 7063,   Utica, NY 13504-7063
15607546     ##JP Morgan Chase,   P.O. Box 9001123,   Louisville, KY 40290-1123
15607548     ##+Karbal, Cohen, Economou, Silk & Dunne,   200 S. Michigan AVe.,   20th Floor,
               Chicago, IL 60604-2457
15607588     ##+Tritum Card Services,   865 Merrick Ave. 4th Floor,   Westbury, NY 11590-6695
                                                                                 TOTALS: 0, * 21, ## 4

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1           User: gbeemster           Page 3 of 3           Date Rcvd: Mar 03, 2014
                               Form ID: pdf006           Total Noticed: 80
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2014                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2014 at the address(es) listed below:

```
              Beata  Bukranova    on behalf of Creditor   B & M Masonry Inc beata@alawteam.com
              Charles F Morrissey    on behalf of Creditor David  Sackar cmorrissey@karballaw.com
              Charles F Morrissey    on behalf of Creditor Dana  Sackar cmorrissey@karballaw.com
              David P Leibowitz, ESQ    on behalf of Joint Debtor Colleen Maureen Muscarella
               dleibowitz@lakelaw.com,   czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
              David P Leibowitz, ESQ    on behalf of Debtor Fred Paul Muscarella dleibowitz@lakelaw.com,
               czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
              Heather M Giannino    on behalf of Creditor   JP Morgan Chase Bank, National Association
               bankruptcy@hsbattys.com,   bankruptcy@hsbattys.com
              Joseph E Cohen    jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
              Joseph E Cohen, Tr.    on behalf of Trustee Joseph E Cohen jcohenattorney@aol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
              Neil P Gantz    on behalf of Joint Debtor Colleen Maureen Muscarella neilgantz@yahoo.com,
               negrita0615@yahoo.com
              Neil P Gantz    on behalf of Debtor Fred Paul Muscarella neilgantz@yahoo.com,
               negrita0615@yahoo.com
              Neil P Gantz    on behalf of Counter-Claimant David  Sackar neilgantz@yahoo.com,
               negrita0615@yahoo.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 12
```