# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                  §
                                        §
MUSCARELLA, FRED PAUL                    §       Case No. 10-23133
MUSCARELLA, COLLEEN MAUREEN              §
                                        §
              Debtor(s)                  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                       Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:       Claims Discharged
                                        Without Payment:

Total Expenses of Administration:

---

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on           . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/JOSEPH E. COHEN _____
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Honda Finance Corp P.O. Box 60001 City Of Industry, CA 91716-0001 | | | | | |
| | JP Morgan Chase P.O. Box 9001123 Louisville, KY 40290-1123 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JP Morgan Chase P.O. Box 9001123 Louisville, KY 40290-1123 | | | | | |
| 000001A | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Centralized Insolvency Operations PO Box 21126 Philadelphia, PA 19114 | | | | | |
| 000001B | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Academy Collection Service Inc. 10965 Decatur Rd. Philadelphia, PA 19154-3210 | | | | | |
| | Adult & Pediatric Orthopedics, Sc 555 Corporate Woods Parkway Vernon Hills, IL 60061 | | | | | |
| | Advanced Radiology Professionals 520 E. 22nd St. Lombard, IL 60148 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Condell Medical Center 97169 Eagle Way Chicago, IL 60678 | | | | | |
| | Advocate Condell Medical Center 97169 Eagle Way Chicago, IL 60678-9710 | | | | | |
| | Andrew Ivanchenko Md 309 East Dundee Wheeling, IL 60090 | | | | | |
| | Armor Systems Corporation 1700 Kiefer Drive Ste. 1 Zion, IL 60099 | | | | | |
| | Bureau of Collection Recovery, Inc. 7575 Corporate Way Eden Prairie, MN 55344 | | | | | |
| | Business Office Solutions, Inc. P.O. Box 446 Oak Lawn, IL 60453-0466 | | | | | |
| | Capital One P.O. Box 6492 Carol Stream, IL 60197 | | | | | |
| | Capital One P.O. Box 6492 Carol Stream, IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One P.O. Box 6492 Carol Stream, IL 60197-6492 | | | | | |
| | Capital One Po Box 6492 Carol Stream, IL 60197 | | | | | |
| | Cavalry Portfolio Services, LLC P.O. Box 1017 Hawthorne, NY 10532 | | | | | |
| | Certified Services Inc. P.O. Box 177 Waukegan, IL 60079 | | | | | |
| | Chase Auto Finance National Recovery Group P.O. Box 29505 Phoenix, AZ 85038-9505 | | | | | |
| | Chase Cardmember Services P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Chase Cardmember Services P.O. Box 15153 Wilmington, IL 19886 | | | | | |
| | Chest Medicine Consultants 2800 Sheridan Suite 301 Chicago, IL 60657 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Community Home Supply 3924 N Lincoln Ave. Chicago, IL 60613 | | | | | |
| | Consolidated  Pathology Po Box 1385 Saginaw, MI 48605 | | | | | |
| | Consolidated  Pathology Po Box 1385 Saginaw, MI 48605 | | | | | |
| | Credit Collection Services Two Wells Ave. Dept. 587 Newton, MA 02459 | | | | | |
| | David J. Axelrod & Associates 1448 Old Skokie Road Highland Park, IL 60035 | | | | | |
| | David and Dana Sackar 3524 N. Oakley Ave. Chicago, IL 60618-6024 | | | | | |
| | Dell Financial Services Dfs Acceptance Po Box 5292 Carol Stream, IL 60197 | | | | | |
| | Dept. Of Education Po Box 7063 Utica, NY 13504-7063 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ER Solutions, Inc. P.O. Box 9004 Renton, WA 98057-9004 | | | | | |
| | Enh 23056 Network Place Chicago, IL 60673 | | | | | |
| | Enh 9730 Eagle Way Chicago, IL 60678 | | | | | |
| | Evanston N.W. Healthcare 9730 Eagle Way Chicago, IL 60678-1097 | | | | | |
| | Evergreen Professional Recoveries 12100 NE 195th St. #325 Bothell, WA 98011 | | | | | |
| | GC Services Limited Partnership 6330 Gulfton Houston, TX 77081 | | | | | |
| | Global Credit Collection Corp. P.O. Box 101928 Birmingham, AL 35210 | | | | | |
| | Grove Internal Medicine P.C. 4160 RFD Ste. 304 Long Grove, IL 60047-9586 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Grove Internal Medicine, P.C. 4160 RFD Ste. 304 Long Grove, IL 60047-9586 | | | | | |
| | Gurnee Radiology 25 Tower Court Suite A Gurnee, IL 60031 | | | | | |
| | Gurnee Radiology 25 Tower Court Suite A Gurnee, IL 60031 | | | | | |
| | Gurnee Radiology 25 Tower Court Suite A Gurnee, IL 60031 | | | | | |
| | Gurnee Radiology 25 Tower Court Suite A Gurnee, IL 60031 | | | | | |
| | HSBC Card Services P.O. Box 17051 Baltimore, MD 21297-1051 | | | | | |
| | Harvard Collection Services Inc. 4839 N Elston Ave. Chicago, Il 60630 | | | | | |
| | Heavner, Scott, Beyers & Mihlar LLC P.O. Box 740 Decatur, IL 62525 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Il Bone and Joint Institute 5057 Paysphere Circle Chicago, IL 60674-0050 | | | | | |
| | Il. Bone & Joint 5057 Paysphere Circle Chicago, IL 60674 | | | | | |
| | Il. Bone And Joint 5057 Paysphere Circle Chicago, IL 60674 | | | | | |
| | Illinois Collection Service Inc. P.O. Box 1010 Tinley Park, IL 60477-9110 | | | | | |
| | J.C. Licht/Epco 24196 Network Place Chicago, IL 60673 | | | | | |
| | Karbal, Cohen, Economou, Silk & Dunne 200 S. Michigan AVe. 20th Floor Chicago, IL  60604 | | | | | |
| | Kohl's Payment Center P.O. Box 2983 Milwaukee, WI 53201-2983 | | | | | |
| | Kohls 865 Merrick Ave. Westbury, NY 11590 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lake County Acute Care LLP 75 Remit Dr. #1218 Chicago, IL 60675 | | | | | |
| | Lake County Acute Care LLP 75 Remit Dr. #1218 Chicago, IN 60675 | | | | | |
| | Lake County Radiology Assoc. 36104 Treasury Center Chicago, IL 60694 | | | | | |
| | Lake County Radiology Assoc. 36104 Treasury Center Chicago, IL 60694 | | | | | |
| | Leading Edge Recovery Solutions, LLC 5440 N. Cumberland Ave. Ste. 300 Chicago, IL 60656-1490 | | | | | |
| | Midland Credit Management P.O. Box 60578 Los Angeles, CA 90060-0578 | | | | | |
| | Midwest Orthopaedics at Rush LLC Patient Payments Department 4553 Carol Stream, IL 60122-4553 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mobile Anestesiologists 8420 Bryn Mawr Ave. Ste. 300 Chicago, IL 60631 | | | | | |
| | NCB Management Services Inc. P.O. Box 1099 Langhorne, PA 19047 | | | | | |
| | NCO Financial Systems, Inc. 4740 Baxter Rd. Virginia Beach, VA 23462 | | | | | |
| | National City P.O. Box 856176 Louisville, KY 40285-6176 | | | | | |
| | National City Po Box 856176 Louisville, KY 40285 | | | | | |
| | North Shore Radiological Services, S.C. 9410 Compubill Drive Orland Park, IL 60462 | | | | | |
| | North Shore University Health System 23056 Network Place Chicago, IL 60673 | | | | | |
| | North Shore University Health System 23056 Network Place Chicago, IL 60673 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | North Shore University Health System 23056 Network Place Chicago, IL 60673 | | | | | |
| | North Shore University Health System 23056 Network Place Chicago, IL 60673 | | | | | |
| | North Shore University Health System 34618 Eagle Way Chicago, IL 60678 | | | | | |
| | North Shore University Health System 9532 Eagle Way Chicago, IL 60678 | | | | | |
| | North Shore University Health Systems 23056 Network Place Chicago, IL 60069 | | | | | |
| | North Shore University Health Systems 23056 Network Place Chicago, IL 60673 | | | | | |
| | North Suburban Center Oral & Facial Surgery 1240 Meadow Road Suite 300 Northbrook, IL 60062 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northshore University Health System 23056 Network Place Chicago, IL 60673-1230 | | | | | |
| | Northshore University Healthsystem 23056 Network Place Chicago, IL 60673-1230 | | | | | |
| | Northshore University Healthsystem 9532 Eagle Way Chicago, IL 60678 | | | | | |
| | Northshore University Healthsystem 9532 Eagle Way Chicago, IL 60678 | | | | | |
| | Optimal Sports & Rehab 101 Schelter Road Suite B101 Lincolnshire, IL 60069 | | | | | |
| | Pinnacle Management Services 514 Market Loop Suite 103 West Dundee, IL 60118 | | | | | |
| | Pinnacle Management Services 514 Market Loop Suite 103 West Dundee, IL 60118 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pinnacle Management Services 514 Market Loop Suite 103 West Dundee, IL 60118 | | | | | |
| | Quest Diagnostics P.O. Box 64804 Baltimore, MD 21264 | | | | | |
| | Quest Diagnostics P.O.Box 64804 Baltimore, MD 21264 | | | | | |
| | Radiation Medicine Institute 9818 Eagle Way Chicago, IL 60678-1098 | | | | | |
| | Receivables Management, Inc. 3240 Christy Way Ste. 3 Saginaw, MI 48605 | | | | | |
| | Rush North Shore 9600 Gross Point Rd Skokie, IL 60076 | | | | | |
| | Rush University Medical 1700 West Van Buren St. Chicago, IL 60612 | | | | | |
| | The Radiation Medicine Institute 9818 Eagle Way Chicago, IL 60678 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tritum Card Services 865 Merrick Ave. 4th Floor Westbury, NY 11590 | | | | | |
| | U.S. Bank P.O. Box 5227 Cincinnati, OH 45202-5227 | | | | | |
| | URO Partners dba North Urology 9669 N. Kenton Ste. 608 Skokie, IL 60076 | | | | | |
| | Universal Fidelity LP P.O. Box 941911 Houston, TX 77094-8911 | | | | | |
| | University Head And Neck Assoc. 4647 W. Lincoln Highway Matteson, IL 60443 | | | | | |
| | Van Ru Credit Corporation 1350 E. Touhy Ave. Ste. 100E Des Plaines, IL 60018-3307 | | | | | |
| | Washington Mutual Card Services Po Box 660433 Dallas, TX 75266-0433 | | | | | |
| 000005 | CAPITAL ONE BANK (USA), N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000003 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000002 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000007 | CAVALRY SPV I LLC | | | | | |
| 000006 | CERTIFIED SERVICES INC | | | | | |
| 000008 | US BANK N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

Case No:       10-23133    ABG   Judge: A. BENJAMIN GOLDGAR

Case Name:    MUSCARELLA, FRED PAUL

MUSCARELLA, COLLEEN MAUREEN

For Period Ending:  04/15/14

Trustee Name:              JOSEPH E. COHEN

Date Filed (f) or Converted (c):    05/21/10 (f)

341(a) Meeting Date:       07/09/10

Claims Bar Date:           04/18/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Home 6 Grenadier Court Lincolnshire Il 60069 Value | 389,700.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 30.00 | 0.00 | | 0.00 | FA |
| 3. Business Account National City Bank Account held j | 0.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account National City Bank | 340.00 | 0.00 | | 0.00 | FA |
| 5. Savings Account National City Bank Joint account w | 34.00 | 0.00 | | 0.00 | FA |
| 6. Joint checking with mother National City Debtor ha | 2,100.00 | 0.00 | | 0.00 | FA |
| 7. Joint checking account with son Bank of America Jo | 0.00 | 0.00 | | 0.00 | FA |
| 8. Furniture Home | 1,500.00 | 0.00 | | 0.00 | FA |
| 9. Clothing Home | 500.00 | 0.00 | | 0.00 | FA |
| 10. Wedding rings | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. Husband's Life Insurance Policy AXA | 0.00 | 0.00 | | 0.00 | FA |
| 12. Wife's Term Life Insurance Policy AARP | 0.00 | 0.00 | | 0.00 | FA |
| 13. Husband's Life Insurance Policy AIG | 0.00 | 0.00 | | 0.00 | FA |
| 14. Brokerage Account Saxony Securities | 283.72 | 0.00 | | 0.00 | FA |
| 15. Claire Construction Co. - Sole proprietorship | 0.00 | Unknown | | 0.00 | Unknown |
| 16. Mechanics Lien lawsuit against David & Dana Sackar | 160,000.00 | 0.00 | | 6,000.00 | FA |
| 17. 2005 Honda CR-V (49,300 miles) Home | 11,100.00 | 0.00 | | 0.00 | FA |
| 18. 2000 Voyager (90,000 miles) Chicago Vehicle is cur | 1,200.00 | 0.00 | | 0.00 | FA |
| 19. Office Equipment Home | 500.00 | 0.00 | | 0.00 | FA |
| 20. Dogs Home | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $568,287.72          $0.00          $6,000.00          $0.00

(Total Dollar Amount in Column 6)

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-23133    ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MUSCARELLA, FRED PAUL | Date Filed (f) or Converted (c): | 05/21/10 (f) |
| | MUSCARELLA, COLLEEN MAUREEN | 341(a) Meeting Date: | 07/09/10 |
| | | Claims Bar Date: | 04/18/13 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS REQUESTED DOCUMENTS ON MECHANIC LIEN ACTION.  LITIGATION IS PENDING TO DETERMINE IF ABANDONMENT ORDER SHOULD

BE VACATED.  PARTIES NEGOTIATING ON ABANDONMENT ISSUES.  TRUSTEE HAS ENTERED INTO SETTLEMENT AGREEMENT AND SET A CLAIMS

BAR DATE.  TRUSTEE HAS REVIEWED THE PROOFS OF CLAIM AND PREPARING HIS FINAL REPORT - January 15, 2014.  TRUSTEE HAS

SUBMITTED HIS TFR & NFR TO THE UST FOR REVIEW - February 11, 2014.

Initial Projected Date of Final Report (TFR): 06/30/12        Current Projected Date of Final Report (TFR): 02/28/14

FORM 2                                                                           Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-23133  -ABG |
| Case Name: | MUSCARELLA, FRED PAUL |
| | MUSCARELLA, COLLEEN MAUREEN |
| Taxpayer ID No: | *******6262 |
| For Period Ending: | 04/15/14 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2325  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/19/12 | 16 | David 7 Dana Sackar | Settlement of Lawsuit | 1129-000 | 6,000.00 | | 6,000.00 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.60 | 5,998.40 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,988.40 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 6.30 | 5,982.10 |
| | | 701 Poydras Street | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,972.10 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,962.10 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,952.10 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,942.10 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,932.10 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,922.10 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,912.10 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,902.10 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,892.10 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,882.10 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,872.10 |
| * 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | 10.00 | | 5,882.10 |
| * 02/25/14 | | Reverses Adjustment IN on 02/07/14 | BANK SERVICE FEE | 2600-003 | -10.00 | | 5,872.10 |
| 02/25/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,862.10 |
| 04/10/14 | 300002 | JOSEPH E. COHEN | Chapter 7 Compensation/Fees | 2100-000 | | 1,350.00 | 4,512.10 |
| | | 105 WEST MADISON STREET | | | | | |
| | | SUITE 1100 | | | | | |
| | | CHICAGO, IL  60602-0000 | | | | | |
| 04/10/14 | 300003 | JOSEPH E. COHEN | Chapter 7 Expenses | 2200-000 | | 238.68 | 4,273.42 |
| | | 105 WEST MADISON STREET | | | | | |
| | | SUITE 1100 | | | | | |

Page Subtotals                               6,000.00        1,726.58

Ver: 18.00a

FORM 2                                                                                    Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                         Exhibit 9

| Case No: | 10-23133  -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MUSCARELLA, FRED PAUL | | Bank Name: | ASSOCIATED BANK |
| | MUSCARELLA, COLLEEN MAUREEN | | Account Number / CD #: | *******2325  Checking Account |
| Taxpayer ID No: | *******6262 | | | |
| For Period Ending: | 04/15/14 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/10/14 | 300004 | CHICAGO, IL  60602-0000<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Claim 000001A, Payment 57.07238%<br>(1-1) Modified on 2/1/13 to correct<br>creditor address (GB). | 4300-000 | | 4,273.42 | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 6,000.00 | 6,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 6,000.00 | 6,000.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 6,000.00 | 6,000.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******2325 | 6,000.00 | 6,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 6,000.00 | 6,000.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          4,273.42

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 23)*